

Order Filed on February 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Sixty Acre Reserve Condominium Association, Inc.

In Re:

KIRSTEN HARRIS

Case No.: 19-32845

Judge: Christine M. Gravelle

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered one (1) though three (3) is hereby ORDERED.

**DATED: February 25, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR SIXTY ACRE RESERVE CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| KIRSTEN HARRIS | CASE NO.:   19-32845-CMG |
| Debtor. | **CONSENT ORDER** |

## CONSENT ORDER RESOLVING CREDITOR'S
## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Sixty Acre Reserve Condominium Association, Inc. (the "Association"), by way of Objection to Confirmation of Debtor's Chapter 13 Plan, the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED** as follows:

1. The Association's secured claim against the Debtor's estate is allowed in the amount of $12,811.12 and the Association's general unsecured claim against the Debtor's estate is allowed in the amount of $3,176.35, for a total claim of $15,987.47.

2. The Debtor shall pay the Association's secured claim in the amount of $12,811.12 through the Plan.

3. The Debtor shall pay the Association all post-petition assessments and fees as they become due and owing in regular course of business.

**WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Sixty Acre Reserve Condominium Association, Inc.

_____    2/25/2020
MARLENA S. DIAZ-COBO, ESQ.    DATE

_____    2/25/20
JAMES J. CERBONE, ESQ.    DATE
Attorney for Debtor

3