Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                    Case No.:  19−32845−CMG
                                    Chapter:  13
                                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kirsten Harris
   1201 Bluebell Drive
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−4047

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/7/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 7, 2020
JAN: dmi

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-32845-CMG
Kirsten Harris                                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 07, 2020
                              Form ID: 148             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2020.
```
db          +Kirsten Harris,   1201 Bluebell Drive,    Jackson, NJ 08527-4115
cr          +Partners for Payment Relief DE IC, LLC,    c/o Waldman & Kaplan PA,   174 Nassau Street,
              Ste. 313,    Princeton, NJ 08542-7005
cr          +Sixty Acre Reserve Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,
              850 Carolier Lane,    North Brunswick, NJ 08902-3312
518714884   +MidFirst Bank,   999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
518607903    Midland Mortgage,    PO Box 26648,   Oklahoma City, OK 73126-0648
518607904   +Partners for Payment Relief,    920 Cassatt Road,   Berwyn, PA 19312-1178
518792838   +Partners for Payment Relief DE IV, LLC,    c/o Waldman & Kaplan PA,
              174 Nassau Street, Ste. 313,    Princeton, NJ 08542-7005
518607905   +Sixty Acre Reserve,    1 Nature Blvd,   Jackson, NJ 08527-4100
518632313   ++US DEPT OF HOUSING AND URBAN DEVELOPMENT REG II,    OFFICE OF GENERAL COUNSEL,
              26 FEDERAL PLAZA ROOM 3500,    NEW YORK NY 10278-0068
             (address filed with court:   US Dept. of HUD,    26 Federal Plz., Ste. 3541,
              New York, NY  10278)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 07 2020 23:38:23      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2020 23:38:19      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518632313    E-mail/PDF: OGCRegionIIBankruptcy@hud.gov May 07 2020 23:42:32      US Dept. of HUD,
              26 Federal Plz., Ste. 3541,    New York, NY  10278
                                                                                              TOTAL: 3
```
       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2020 at the address(es) listed below:
```
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Farha  Ahmed    on behalf of Creditor    Partners for Payment Relief DE IC, LLC
           farha@dwaldmanlaw.com
          James J. Cerbone    on behalf of Debtor Kirsten  Harris cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          Marlena S. Diaz-Cobo    on behalf of Creditor    Sixty Acre Reserve Condominium Association, Inc.
           collections@theassociationlawyers.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```